AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Daniel Joseph Lindgren<br><br>*Defendant* | )<br>)<br>)   Case No.   3:25-cr-37<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Daniel Joseph LINDGREN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud (4 Counts)
Forfeiture Notice

Date:   02/13/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 02/13/2025, and the person was arrested on *(date)* 02/14/2025
at *(city and state)*   Fargo, ND

Date:   02/18/2025

Caleb Williamson, Special Agent
*Arresting officer's signature*

*Printed name and title*