IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>   v.<br><br>DANIEL JOSEPH LINDGREN,<br><br>                          Defendant. | **MOTION TO CONTINUE**<br><br>Case No.:3:25-cr-00037 |

[¶ 1]   Comes now the Defendant, Daniel Joseph Lindgren, by and through his attorney, Scott Patrick Brand, and respectfully moves the Court to issue an order continuing the motions deadline to a later date and continuing the trial to a later date. This case is currently scheduled for a jury trial on April 22, 2025. This Motion is made for the following reasons:

1. Defendant's Attorney and Defendant in the process of reviewing the discovery.
2. Defendant's Attorney and Defendant are discussing possible resolutions to the case.
3. Defendant's Attorney and Defendant need additional time to prepare for trial.
4. The Defendant has signed a Waiver of Right to Speedy Trial.
5. The Assistant United States Attorney does not object to the request.

    Dated this 3rd day of April, 2025.

 

*Scott Patrick Brand*
**Scott Patrick Brand**
**N.D. Bar I.D.: 07287**
NILSON BRAND LAW
Attorney for the Defendant
5141 44th St S
Fargo, ND 58104
Phone: (701) 786 – 6040
Email: scott@nilsonbrandlaw.com