UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DANIEL JOSEPH LINDGREN,<br><br>　　　　　　　　　Defendant. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No.: 3:25-cr-00037 |

[¶ 1]　PLEASE TAKE NOTICE: COMES NOW, Scott Patrick Band of NILSON BRAND LAW, and respectfully requests the Court to issue an Order allowing withdrawal as attorney of record on the following grounds:

1. Recent information has come to light in the case at bar that causes a conflict for the undersigned, and;

2. Good cause exists pursuant to N.D.R. PROF. CONDUCT 1.16(a)(1) and N.D.R. PROF. CONDUCT 1.16(b)(1), (5), (6), (7).

[¶ 2]　The last known address of the Defendant represented by NILSON BRAND LAW is as follows:

　　Daniel Joseph Lindgren
　　1047 Barnes Drive
　　West Fargo, ND 58078

[¶ 2]　WHREFORE, the undersigned respectfully requests the Court to issue an Order granting the Motion to withdraw.

　　*[Signature Page to Follow.]*

Dated this 9th day of July, 2025.

                                          */s/ Scott Patrick Brand*
                                          **Scott Patrick Brand**
                                          **N.D. Bar I.D.: 07287**
                                          NILSON BRAND LAW
                                          Attorney for the Defendant
                                          5141 44th St. S.
                                          Fargo, ND 58104
                                          Phone: (701) 786 – 6040
                                          Email:  scott@nilsonbrandlaw.com