UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL JOSEPH LINDGREN,<br><br>Defendant. | Cr. No. 3:25-cr-37<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL** |

Comes now Daniel Joseph Lindgren, by and through his attorney, Assistant Federal Public Defender Christopher P. Bellmore, and moves the Court for its Order extending the trial setting of January 27, 2026, as well as all related pretrial deadlines.

As grounds, Defendant states:

1. Defendant made his initial appearance and was arraigned on February 18, 2025, on an Indictment, charging the Defendant with four counts of Bank Fraud, in violation of 18 U.S.C. § 1344.

2. The Court entered its Criminal Pretrial Order and Jury Trial Notice on February 18, 2025, setting the jury trial for April 22, 2025. Defendant's previous counsel filed a motion to continue, and the Court granted the motion, with trial being currently continued to September 23, 2025. Previous counsel filed a motion to withdraw on July 9, 2025, and the Court granted that motion on July 10, 2025.

3. Assistant Federal Public Defender, Christopher P. Bellmore, filed a Notice of Appearance on July 15, 2025, and received initial discovery on July 23,

2025. Defense counsel filed a motion to continue, and the Court granted that motion, with trial currently continued to January 27, 2026.

4. Defense counsel needs additional time to properly investigate this matter and prepare for trial. Additional investigative work, based on a review of the discovery material, is necessary before defense counsel can competently advise the Defendant if a plea agreement or trial is in his best interests.

5. Defense counsel has advised the Defendant of this motion, its purpose, and constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161 et seq. Defendant said he would consent to a continuance and has executed a written consent form, which is being filed contemporaneously with this motion.

6. Defendant is currently on pretrial release and is residing in Mapleton, North Dakota.

7. The Government, through Assistant United States Attorney Matthew Greenley, does not object to this motion.

8. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Daniel Joseph Lindgren, requests that the Court continue the trial setting to a time past January 27, 2026, and further, that all related pretrial deadlines be continued.

Dated this 8th day of January, 2026.

                          Respectfully submitted,

                          JASON J. TUPMAN
                          Federal Public Defender
                          By:

                          */s/   Christopher P. Bellmore*
                          Christopher P. Bellmore
                          Assistant Federal Public Defender
                          Attorney for Defendant
                          Office of the Federal Public Defender
                          Districts of South Dakota and North Dakota
                          112 Roberts Street North, Suite 200
                          Fargo, ND 58102
                          Telephone: 701-239-5111
                          Facsimile:  701-239-5098
                          filinguser_SDND@fd.org